BANK v. BURLINGTON.

(Decided March 21, 1899).

*Practice—Court Evenly Divided.*

Where the appellate Court is evenly divided, the settled practice in such cases is, that the judgment below stands, not as a precedent, but as a decision in the case.

CIVIL ACTION, tried before *Timberlake, J.,* upon report of referee and exceptions thereto, at September Term, 1898, of ALAMANCE Superior Court. Judgment in favor of plaintiff. Appeal by defendant.

*Bynum & Taylor, C. E. McLean* and *W. H. Carroll,* for appellant.

*Winston & Fuller,* for appellee.

PER CURIAM. In this case Justice CLARK did not sit, and the Court is evenly divided. According to the settled prac-

tice of appellate Courts in such cases, the judgment below stands, not as a precedent, but as the decision in this case. *Puryear v. Lynch,* 121 N. C., 255; *Durham v. Railroad,* 113 N. C., 240, and cases there cited.

Affirmed.